United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 30, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 06-50289
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICHARD CLARK,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:03-CR-00626
--------------------

Before SMITH, WIENER, and OWEN, Circuit Judges.

PER CURIAM:[*]

Richard Clark appeals the 51-month sentence imposed
following a remand for resentencing in light of United States v.
Booker, 543 U.S. 220 (2005). Clark pleaded guilty to possession
of child pornography. He contends that his sentence was
unreasonable in light of the factors set forth in 18 U.S.C.
§ 3553(a). Clark contends that the district court imposed an
unreasonable sentence by failing to give appropriate
consideration to his attempts at obtaining treatment before his
incarceration and his inability to obtain treatment in prison.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Clark's sentence was within a properly calculated advisory guideline range and is presumed reasonable.  See United States v. Alonzo, 435 F.3d 551, 554 (5th Cir. 2006).  Such a sentence is given "great deference," and we infer that the sentencing court considered all the factors for a fair sentence.  See United States v. Smith, 440 F.3d 704, 707 (5th Cir. 2006).  We conclude that Clark has failed to rebut the presumption that his sentence, which was at the bottom of the applicable range under the Sentencing Guidelines, was reasonable.  See Alonzo, 435 F.3d at 554-55.  Consequently, the judgment of the district court is AFFIRMED.